Jorge Morales SOSA, Petitioner,

v.

John ASHCROFT, Attorney General, Respondent.

No. 02–71209.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 7, 2003.*

Decided Oct. 29, 2003.

Raul E. Godinez, Law Office of Raul E. Godinez, Los Angeles, CA, for Petitioner.

Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Los Angeles District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Legal, Officer, Office of the District Counsel, Department of Homeland Security San Francisco, CA, Edward C. Durant, Esq., U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Linda S. Wendtland, Esq., DOJ--U.S. Department of Justice, Washington, DC, for Respondent.

Before: KOZINSKI and T.G. NELSON, Circuit Judges, and RESTANI,** Judge.

MEMORANDUM ***

Jorge Morales Sosa, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") dismissal of his appeal from an immigration judge's ("IJ") order of voluntary departure. We deny the petition.

The BIA's dismissal was proper because Sosa waived his right to appeal during proceedings before the IJ and did not demonstrate that his waiver was invalidated by prejudice resulting from ineffective assistance of counsel. *See United States v.*

Velasco–Medina, 305 F.3d 839, 848 (9th Cir.2002).

PETITION DENIED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Jane A. Restani, United States Court of International Trade, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.